On petition for review filed December 18, 1990, of decision of the Court of Appeals,* petition for review allowed; decision of the Court of Appeals vacated and case remanded to Court of Appeals for further consideration August 22, 1991

STATE OF OREGON,
*Petitioner on Review,*

*v.*

NGHIA GIA DAM,
*Respondent on Review.*

(TC C88-12-38064; CA A61638; SC S37723)

816 P2d 593

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for further consideration in light of this court's opinion in *Smith v. Custom Micro, Inc.,* 311 Or 375, 811 P2d 1371 (1991).

---

* Appeal from judgment of Multnomah County Circuit Court, Frank L. Bearden, Judge. 107 Or App 152, 812 P2d 829 (1991).